**Order entered February 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00057-CV

### TRACY ARMSTRONG, Appellant

### V.

### BEAULY LLC, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-04709-E**

## ORDER

Before the Court is appellant's January 26, 2015, motion for extension of time to pay the filing fee for this appeal. We also note that the docketing statement is past due in this appeal. We **GRANT** appellant's motion and **ORDER** appellant to pay the filing fee and file the docketing statement no later than **TEN DAYS** from the date of this order. We caution appellant that no further extensions of time will be granted absent extraordinary circumstances and failure to pay the filing fee and file the docketing statement within ten days may result in a dismissal of this case. *See* TEX. R. APP. P. 42.3.

/s/     CRAIG STODDART
         JUSTICE